# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | |
|---|---|
| Ron Carpenter, ) | |
| ) | **AMENDED ORDER** |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| Last Chance Saloon, Inc., a corporation ) | |
| doing business in North Dakota and ) | Case No. 1:12-cv-127 |
| Joshua Luger, ) | |
| ) | |
| Defendants. ) | |

Before the court is a Motion to Amend Scheduling/Discovery Plan and to Reschedule the Final Pretrial Conference and Trial. The court **GRANTS** the motion (Docket No. 34). The scheduling/discovery plan shall be amended as follows: the deadlines for completing fact discovery and filing dispositive motions shall be extended until July 3, 2014. The final pretrial conference set for June 24, 2014, shall be rescheduled for October 3, 2014, at 1:30 p.m. The trial set for July 8, 2014, shall be rescheduled for October 15, 2014, at 9:30 a.m. in Bismarck. A three (3) day trial is anticipated.

Dated this 22nd day of September, 2014.

               */s/ Charles S. Miller, Jr.*
               Charles S. Miller, Jr., Magistrate Judge
               United States District Court