**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Ron Carpenter, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER ADOPTING** |
| | ) | **STIPULATION FOR DISMISSAL** |
| vs. | ) | |
| | ) | |
| Last Chance Saloon, Inc., a corporation | ) | |
| doing business in North Dakota and | ) | |
| Joshua Luger, | ) | |
| | ) | Case No. 1:12-cv-127 |
| Defendants. | ) | |

Before the court is a "Stipulation for Dismissal of Claims with Prejudice" filed October 30, 2014. The court adopts the stipulation (Docket No. 51) and **ORDERS** plaintiff's claims against defendant Last Chance Saloon, Inc., **DISMISSED WITH PREJUDICE** and without costs to either party.

Dated this 31st day of October, 2014.

                                                 */s/ Charles S. Miller, Jr.*
                                                Charles S. Miller, Jr., Magistrate Judge
                                                United States District Court