# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Ron Carpenter, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Last Chance Saloon, Inc., a | ) | |
| corporation doing business in | ) | Case No. 1:12-cv-127 |
| North Dakota; and Joshua Luger, | ) | |
| | ) | |
| Defendants. | ) | |

On March 24, 2015, the court endeavored to initiate the scheduled final pretrial conference with plaintiff and Defendant Joshua Luger. The court was unable to contact counsel for either party but was advised by plaintiff's counsel's office staff that this matter has been resolved. Consequently, the final pretrial conference scheduled for March 24, 2015, and the trial scheduled for April 7, 2015, are cancelled. Plaintiff's claims against Defendant Joshua Luger are **DISMISSED WITH PREJUDICE** and without costs or fees to either party.

**IT IS SO ORDERED.**

Dated this 24th day of March, 2015.

>  */s/ Charles S. Miller, Jr.*
>  Charles S. Miller, Jr., Magistrate Judge
>  United States District Court